UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| Plaintiff, | ) | CASE NO.: 1:23 CR 449 |
| | ) | |
| vs. | ) | MEMORANDUM OPINION |
| | ) | AND ORDER |
| ALFREDO ESTRADA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant, Alfredo Estrada's Motion for Return of Bond. (ECF #99). On September 12, 2023, Mr. Estrada's wife Samantha Galindo deposited $5000 in cash with the The United States District Court for the Southern District of Texas to secure his $75,000 bond. (ECF #9-1). On or about June 6, 2025, the deposit was forwarded to the Northern District of Ohio, where it is currently being held. All terms of the bond were satisfied, and Mr. Estrada was sentenced on June 17, 2024 to a term of twelve months and one day. His term of imprisonment has been served and he is presently on supervised release. Mr. Estrada now asks the Court to return the bond deposit to Ms. Galindo. The Government has no objection to Mr. Estrada's request. (ECF #100).

For good cause shown, the Court hereby orders that the $5000 deposit made by Ms. Galindo to secure bond for Mr. Estrada in the above-captioned case be returned to her as soon as practicable. Payment shall be issued to her at the following address:

Ms. Samantha Galindo
3207 E. Mile 12 N
Mercedes, TX 78570

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED June 11, 2025